PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Russell Fluker         Cr.: 11-00447-002
                                                              PACTS #: 57633

Name of Sentencing Judicial Officer:    THE HONORABLE WILLIAM H. WALLS
                                        SENIOR UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:      THE HONORABLE CLAIRE C. CECCHI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/14/2012

Original Offense:   Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substance, in violation of 21 §§ 846, a Class A Felony.

Original Sentence: 120 months' imprisonment, 60 months' supervised release

Special Conditions: Special Assessment, Financial Disclosure, Life Skills and/or Educational/Vocational Training, and Department of Motor Vehicle Compliance

Type of Supervision: Supervised Release         Date Supervision Commenced: 12/12/2018

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state, or local crime during the term of supervision."** |
|   | On November 5, 2021, Fluker was arrested by the Newark Police Department and charged with Aggravated Assault for a domestic incident that occurred on October 6, 2021. Fluker was released on pretrial supervision by Essex County Prosecutor's Office. The next scheduled court appearance is December 17, 2021. |

U.S. Probation Officer Action:

The Probation Office recommends no formal court action be taken at this time to investigate the arrest to determine if violation charges will be filed. We will continue to monitor Fluker and upon the completion of investigation, our office will update the Court immediately.

Prob 12A – page 2
Russell Fluker

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erin A. DeSilva*

By:   ERIN A. DESILVA
U.S. Probation Officer

/ ead

APPROVED:

*Elisa Martinez*                    12/3/2021

ELISA MARTINEZ                     Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

Signature of Judicial Officer

12/6/2021
Date